IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: RUSSELL SCOTT HOLT | ) | Case 22-41523 |
| ELIZABETH JOANNE BROOKS-HOLT | ) | |
| | ) | |
| Debtors | ) | |

### RESPONSE TO TRUSTEE'S MOTION TO DENY CONFIRMATION

COME NOW Debtors, Russell and Elizabeth Holt, by and through Counsel of record, and for their Response to the Trustee's Motion to Deny Confirmation, state that Counsel uploaded the Recorded Deed of Trust to FileZilla on January 17, 2023.

WHEREFORE, Debtors hereby file this Response to the Trustee's Motion to Deny Confirmation.

Dated: 01/17/2023

Respectfully submitted,
W M Law

/s/ Errin P Stowell
Errin P Stowell MO 70499
15095 W 116th Street
Olathe, KS 66062
stowell@wagonergroup.com
ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Kansas City, MO 64106

/s/ Errin P Stowell